## VIETTI et al. v. WAYNE et al.

No. 8227.

United States Court of Appeals for the District of Columbia.

Decided May 29, 1943.

Mr. Benjamin B. Schneider, of Chicago, Ill., with whom Mr. Lee B. Kemon, of Washington, D. C., was on the petition for petitioners.

Mr. John H. Sutherland, of St. Louis, Mo., pro hac vice, by special leave of court, with whom Messrs. John H. Bruninga, of St. Louis, Mo., and Charles E. Riordon, of Washington, D.C., were on the petition, for respondents.

Before PARKER, Circuit Judge, sitting by designation, and MILLER and EDGERTON, Associate Justices.

PER CURIAM.

The petition in this case is for allowance of a special appeal from an order of the District Court dismissing petitioners' complaint. The order sought to be challenged is a final one, from which an appeal in regular course is proper.[1] No reason appearing to justify a special appeal, the petition was not granted. The case has now been disposed of on appeal, in regular course,[2] and an appropriate order will be entered denying the petition in the present case.

---

[1] General Rules, U.S.Ct.App., Rules 9, 42(a); Federal Rules Civil Procedure, Rule 73, 28 U.S.C.A. following section 723c; Rogers v. Watson, 7 Cir., 46 F.2d 753, certiorari denied 283 U.S. 852, 51 S.Ct. 561, 75 L.Ed. 1460; Hill v. Chicago & Evanston R. R., 140 U.S. 52, 54, 11 S.Ct. 690, 35 L.Ed. 331.

[2] Vietti v. Wayne, —— U.S.App.D.C. ——, 136 F.2d 769, decided May 29, 1943.